FILED

12/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0454

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0454

IN RE THE MARRIAGE OF:

ROBERT J. BURNS,

  Petitioner and Appellant,

 and

LEE MALDEREY BURNS,

  Respondent and Appellee.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Tamara Stuckey is granted an extension of time to and including January 6, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon counsel of record, the District Court, and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2022